George Thomas Martin, III, Esq. (SBN 218456)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
tmartin@consumerlawcenter.com

Attorneys for Plaintiff, BRIAN MACSTRAVIC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| BRIAN MACSTRAVIC,  <br>  Plaintiff,  <br> vs.  <br> OMNI CREDIT SERVICES OF FLORIDA, INC.  <br>  Defendant. | Case No.:09-cv-6707 GAF (RZx)  <br> **NOTICE OF SETTLEMENT** |

NOW COMES the Plaintiff, BRIAN MACSTRAVIC, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

//

//

//

//

//

- 1 -

|  |  |
|---|---|
|  | Respectfully Submitted, |
| DATED: October 30, 2009 | KROHN & MOSS, LTD. |
|  |  |
|  | By: /s/ George Thomas Martin, III |
|  | George Thomas Martin, III<br>Attorney for Plaintiff |