LINK: JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-06707-GAF (RZx) | Date | December 29, 2009 |
|---|---|---|---|
| Title | Brian Macstravic v. Omni Credit Services of Florida | | |

| Present: The Honorable | **GARY ALLEN FEESS, United States District Judge** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:**      **(In Chambers)**

On November 4, 2009, the Court issued an Minute Order vacating the pending dates in response to the Notice of Settlement filed. The Court ordered the parties to file a dismissal and/or joint status report by December 7, 2009.

To date, no dismissal or response to the Court's Minute Order has been filed with this Court.

Accordingly, the Court hereby dismisses the action for failure to respond to the Court's Minute Order.

IT IS SO ORDERED.

                                                                                                    :
                                                         Initials of
                                                         Preparer            rf